| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Go, Marilyn D. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>9/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge -- full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Court House, E.D.N.Y.<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed lawyer (partner in law practice) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA at Citibank, N.A. | C | Interest | L | T | | | | | |
| 2. Tesoro Petroleum (common stock) | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 (IRA - stock) | | | | | | | | | |
| 4. Bristol Myers Squibb Co. (common shares in IRA) | A | Dividend | J | T | | | | | |
| 5. ChevronTexaco Corp. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 6. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 7. Fairpoint Communications Inc. (common stock in IRA) | | None | | | Sold | 12/1/11 | J | A | |
| 8. Frontier Communications Corp. (common stock) | A | None | J | T | | | | | |
| 9. Hawaiian Electric Industries Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 10. Hewlett Packard Corp. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 11. Microsoft (common stock in IRA) | A | Dividend | J | T | | | | | |
| 12. Raytheon (common stock in IRA) | A | Dividend | J | T | | | | | |
| 13. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 14. Citibank NA Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | J | T | | | | | |
| 15. Brokerage Account #2 | | | | | | | | | |
| 16. Trenwick Group Ltd, Bermuda USA (interest in IRA) | | None | | | Closed | 12/22/11 | J | A | |
| 17. AT&T (common stock in IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bristol Myers Squibb Co. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 19. Chevron Corp. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 21. Fairpoint Communications Inc. (common stock in IRA) | | None | | | Sold | 12/1/11 | J | A | |
| 22. Frontier Communications Corp. (common stock) | | None | J | T | | | | | |
| 23. Glaxosmithkline PLC ADR (common stock in IRA) | A | Dividend | J | T | | | | | |
| 24. Hawaiian Electric Industries, Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 25. Intel (common stock in IRA) | A | Dividend | J | T | | | | | |
| 26. Pfizer Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 27. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 28. Wells Fargo & Co. New (common stock in IRA) | A | Dividend | J | T | | | | | |
| 29. Citibank NA Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | J | T | | | | | |
| 30. Brokerage Account #3 (KEOGH) | | | | | | | | | |
| 31. AT&T (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 32. Aegon N.V. Ord (common stock in KEOGH) | A | Dividend | | | Sold | 2/23/11 | K | A | |
| 33. American Electric Power Co., Inc. (common stock in KEOGH) | C | Dividend | K | T | | | | | |
| 34. Applied Materials Inc. Del. (common stock in KEOGH) | A | Dividend | | | Sold | 12/1/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bristol Myers Squibb Co. (common shares in KEOGH) | C | Dividend | L | T | | | | | |
| 36. CPFL Energia S A-BRL (ADR in KEOGH) | C | Dividend | L | T | | | | | |
| 37. Canadian Natural Resources Ltd. (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 38. Chevron (common stock in KEOGH) | B | Dividend | K | T | | | | | |
| 39. Chubb Corp. (common stock iin KEOGH) | A | Dividend | K | T | | | | | |
| 40. Cisco Systems, Inc. (common stock in KEOGH) | | None | | | Sold | 7/22/11 | K | A | |
| 41. Citigroup Inc. (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 42. Duke Energy Corp. (common shares in KEOGH) | B | Dividend | K | T | | | | | |
| 43. Enterprise Products Prtnrs LP | B | Int./Div. | K | T | Buy | 4/11/11 | K | | |
| 44. Exxon Mobil Corp. (common stock in KEOGH) | D | Dividend | N | T | | | | | |
| 45. Fairpoint Communications Inc. (common stock in IRA) | | None | | | Sold | 12/1/11 | J | A | |
| 46. Frontier Communications Corp. (common stock) | A | Int./Div. | J | T | | | | | |
| 47. HCP Inc. (New) (stock in KEOGH) | B | Dividend | K | T | | | | | |
| 48. Hawaiian Electric Indus. Inc. (stock in KEOGH) | B | Dividend | K | T | | | | | |
| 49. Health Care REIT (stock in KEOGH) | C | Int./Div. | K | T | | | | | |
| 50. Hewlett Packard Co. (common stock in KEOGH) | A | Dividend | | | Sold | 4/19/11 | L | E | |
| 51. Hexcel Corp. New (common stock in KEOGH) | | None | M | T | Sold (part) | 12/1/11 | K | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J.P. Morgan Chase & Co. (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 53. Johnson & Johnson | B | Dividend | K | T | Buy | 4/19/11 | K | | |
| 54. Lev Pharmaceuticals Inc. (escrowed merger assets)(Y) | | | | | | | | | |
| 55. McDonalds Corp. | A | Dividend | L | T | Buy | 8/25/11 | L | | |
| 56. Merck & Co Inc NEW stock (formerly Schering-Plough) | A | Dividend | L | T | Buy (add'l) | 12/5/11 | K | | |
| 57. Morgan Stanley (common stock) | A | Dividend | | | Sold | 8/25/11 | K | A | |
| 58. Nextera Energy (common stock in KEOGH) | B | Dividend | K | T | | | | | |
| 59. Oracle (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 60. Petroleo Brasileiro SA Petrobras | | None | K | T | | | | | |
| 61. Pfizer Inc. (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 62. PPG Industries Inc. (common stock in KEOGH) | B | Dividend | K | T | | | | | |
| 63. Royal Dutch PTLM (NY registrty shares in KEOGH) | C | Dividend | L | T | | | | | |
| 64. Schlumberger Ltd. (stock in KEOGH) | B | Dividend | M | T | | | | | |
| 65. Spectra Energy Corp. (stock in KEOGH) | A | Dividend | K | T | | | | | |
| 66. Total S.A. Spons ADR (ADR in KEOGH) | B | Int./Div. | L | T | | | | | |
| 67. Verizon Communications (common stock in KEOGH) | B | Dividend | K | T | | | | | |
| 68. Viropharma Inc. (common stock in KEOGH) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PDR Servs. LLC: SPDR Dow Jones Indl Avg ETF (equity portfol) | B | Int./Div. | L | T | | | | | |
| 70. Barclays Glob Fd Advisrs: IShares TR Dow Jones Sel Div Ind | B | Int./Div. | L | T | | | | | |
| 71. Barclays Global Fd Advisrs: ISharesRussell 2000 Index Fd | A | Int./Div. | L | T | | | | | |
| 72. PDR Services LLC: SPDR S&P ETF Trust (equity portfolio) | A | Int./Div. | L | T | | | | | |
| 73. Citibank NA Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | K | T | | | | | |
| 74. Citi US Treas Res Class N (money fund for uninvested funds) | A | Int./Div. | J | T | | | | | |
| 75. Allianz Global Investors: NFJ Div. Int. & Prem. Strat. Fd | A | Int./Div. | K | T | | | | | |
| 76. Franklin Biotechnology Discovery Fd Cl A (KEOGH mutual fund) | | None | M | T | | | | | |
| 77. Ares Capital Corp. | A | Int./Div. | | | Sold | 12/1/11 | K | A | |
| 78. end of Account #3 | | | | | | | | | |
| 79. Lincolnshire Equity Fund, L.P. | | None | J | U | | | | | |
| 80. NY 529 College Savings Prog., Moderate Age-Bsd Opt.: Income | A | Int./Div. | K | T | | | | | see Pt. VIII |
| 81. Softbank Technology Ventures, L.P. (limited ptnership int.) | | None | K | U | | | | | |
| 82. rental income from unit in New York City | E | Rent | N | U | | | | | |
| 83. Brokerage Account #4 (IRA mutual funds) | | | | | | | | | |
| 84. American Funds: American Fds Growth Fund of America (IRA) | A | Int./Div. | L | T | | | | | |
| 85. Blackrock Inc.: Blackrock Equity Dividend Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Columbia Management Funds: Columbia Acorn Fund Class A (IRA) | | None | J | T | | | | | |
| 87. Federated Funds: Federated Kaufman Fund Class A (IRA) | A | Int./Div. | J | T | | | | | |
| 88. First Eagle Funds: First Eagle Global Fund Class A (IRA) | B | Int./Div. | L | T | | | | | |
| 89. Loomis Sayles Funds: Loomis Sayles Bd Fd Class Retail (IRA) | B | Int./Div. | L | T | | | | | |
| 90. MFS: MFS Bond Fund A (IRA) | B | Int./Div. | K | T | | | | | |
| 91. MFS: MFS Research Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 92. Parnassus Investments: Parnasus Equity Income Fund | A | Int./Div. | L | T | | | | | |
| 93. Pimco Funds: Pimco Real Return Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 94. Royce Special Equity Fund (IRA) | B | Int./Div. | J | T | | | | | |
| 95. Victory Capital Management Inc.: Victory Estab. Value Fund | A | Int./Div. | J | T | | | | | |
| 96. Virtus Funds: Virtus Multi-sector Short Term Bond Fun (IRA) | B | Dividend | K | T | | | | | |
| 97. end of Account #4 | | | | | | | | | |
| 98. Inform Technoligies LLC f/k/a Goode Partners (Y) | | | | | | | | | |
| 99. Account #5 | | | | | | | | | |
| 100. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | K | T | | | | | |
| 101. American Funds : American Mutual Fund Class 529C | A | Int./Div. | J | T | | | | | |
| 102. American Funds: Amer Cap Wrld Grwth & Inc (collge trust fd) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Funds : Euro PacGrowth Fund of America Class 529C | A | Int./Div. | J | T | | | | | |
| 104. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | K | T | | | | | |
| 105. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | J | T | | | | | |
| 106. American Funds: The Bond Fund of Amer (college tr fd) | A | Int./Div. | J | T | | | | | |
| 107. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | J | T | Buy | 5/23/11 | J | | |
| 108. Account #6 | | | | | | | | | |
| 109. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | K | T | | | | | |
| 110. American Funds : American Mutual Fund Class 529C | A | Int./Div. | J | T | | | | | |
| 111. American Funds: Amer Cap Wrld Grwth & Inc (college trust fd) | A | Int./Div. | K | T | | | | | |
| 112. American Funds : EuroPac Growth Fund of America Class 529C | A | Int./Div. | J | T | | | | | |
| 113. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | K | T | | | | | |
| 114. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | J | T | | | | | |
| 115. American Funds: The Bond Fund of Amer (college tr fd) | A | Dividend | J | T | | | | | |
| 116. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | J | T | Buy | 5/23/11 | J | | |
| 117. Account # 7 | | | | | | | | | |
| 118. American Century Inv. : Centuury Heritage Funds | A | Dividend | J | T | Buy | 08/3/11 | J | | |
| 119. American Funds: Growth Fund of America Class F | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Columbia Management Funds: Columbia Val * Restruct'g Fund Z | A | Dividend | J | T | | | | | |
| 121. Columbia Management Funds: Columbia Marsico Gr Fd Cls A | A | Dividend | K | T | | | | | |
| 122. Dreyfus: Dreyfus Small Company Value Fund | A | Int./Div. | J | T | | | | | |
| 123. Eaton Vance: Eaton Vance Tax Managed Val Fd Cls A | | None | | | Sold | 8/3/11 | K | A | |
| 124. Federated Funds: Federated Kaufman Fund Class A | | None | | | Sold | 5/3/11 | J | A | |
| 125. First Eagle: FE Overseas Funds | A | Int./Div. | K | T | Buy | 5/3/11 | K | | |
| 126. Franklin Templeton Investments: FT Mut Glob Discv Fd Cl A | | None | L | T | | | | | |
| 127. GAMCO Investors: Gambelli Equity Inv. Fund Cl A | A | Int./Div. | K | T | Buy | 8/3/11 | K | | |
| 128. John Hancock: John Hancock Classic Val Fd Cl A | A | Dividend | J | T | | | | | |
| 129. MFS: MFS Value Fund Class A | | None | K | T | | | | | |
| 130. Oppenheimer Funds: Oppenheimer Dev Mrkts Fd Cl A | A | Dividend | K | T | | | | | |
| 131. Royce: Royce Special Equity Fund | A | Dividend | J | T | Buy | 5/3/11 | J | | |
| 132. Virtus Funds: Virtus Mid-Cap Val Fund Cl A | A | Dividend | J | T | | | | | |
| 133. WellsFargo: WF Ad vantage Growth Fund | A | Int./Div. | K | T | Buy | 8/3/11 | K | | |
| 134. John Hancock: John Hancock NY Tax Exmpt Fd Cl A | | None | L | T | | | | | |
| 135. JP MorganStrategic Inc. Fund | A | Int./Div. | K | T | Buy | 5/3/11 | K | | |
| 136. Loomis Sayles Strategic Income Fund Class A | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 9/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbett Total Return Fund Class A | A | Int./Div. | L | T | | | | | |
| 138. Pimco Funds: Pimco Real Return Fd Cl A | | None | K | T | | | | | |
| 139. Jefferies Asset Mgt: Jefferies Commodity Strat. Alloc. Fund | A | Int./Div. | J | T | Buy | 5/3/11 | J | | |
| 140. Pimco Funds: Pimco Commodity Real Ret Strat Fd Cl A | | None | J | T | | | | | |
| 141. BlackRock Funds: Blackrock Glob Alloctn Fd Inc A | A | Dividend | K | T | | | | | |
| 142. UBS Bank USA Deposit Acct (for uninvested funds) | A | Int./Div. | L | T | | | | | |
| 143. NYC Trans'l Fin Au FGIC SR A RV Pref BE/R/Pre-Ref mat5/10/25 | | None | | | Sold | 5/3/11 | L | A | |
| 144. end of account | | | | | | | | | |
| 145. Chase Bank accounts | B | Interest | M | T | | | | | |
| 146. Great-West Retirement Srvs: First GWL&A Guar. Portfolio Fd | B | Int./Div. | L | T | Buy (add'l) | 4/15/11 | K | | |
| 147. PowerMat Ltd | A | None | M | U | | | | | |
| 148. Enhanced Surface Dynamics Inc. | A | None | M | U | | | | | successor to Brainbow Tech |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 80: NY's 529 College Savings Program, Moderate Age-Based Option: Income Portfolio (no control). This program is sponsored by New York State. The website for the program indicates that there is a management agreement with The Vanguard Group but Vanguard is not listed on statements from the program.

Part VII, line 148 Interests in Brainbow Technologies LLC were coverted to shares in Enhanced Surface Dynamics Inc., which was incorporated in 2011 and an exempt offering of company stock was filed with the SEC on 11/28/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Marilyn D. Go**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544